No. 188. AMERICAN AUTOMOBILE INSURANCE CO. *v.*
BENEDETTO ET AL. October 10, 1932. Petition for writ
of certiorari to the Circuit Court of Appeals for the Third
Circuit denied. *Mr. Conover English* for petitioner. *Mr.
Frank G. Turner* for respondents.

No. 189. MARSHALL *v.* COMMISSIONER OF INTERNAL
REVENUE. October 10, 1932. Petition for writ of certio-
rari to the Circuit Court of Appeals for the Sixth Circuit
denied. *Mr. Thomas O. Marlar* for petitioner. *Solicitor
General Thacher, Assistant Attorney General Youngquist,*
and *Messrs. Whitney North Seymour, Sewall Key, John
MacC. Hudson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 190. SPURWAY, RECEIVER, *v.* LEHMAN, SHERIFF.
October 10, 1932. Petition for writ of certiorari to the
Circuit Court of Appeals for the Fifth Circuit denied.
*Messrs. A. Coulter Wells* and *Charles R. Pierce* for peti-
tioner. No appearance for respondent.

No. 193. NEW YORK TRAP ROCK CORP. *v.* LONG ISLAND
R. CO. ET AL. October 10, 1932. Petition for writ of
certiorari to the Circuit Court of Appeals for the Second
Circuit denied. *Mr. Frederick W. Park* for petitioner.
*Messrs. Chauncey I. Clark* and *Frederic Conger* for re-
spondents.

No. 195. ATCHISON, TOPEKA & SANTA FE RY. CO. *v.*
MORAN, ADMINISTRATRIX. October 10, 1932. Petition for